FILED
September 22, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ JU
                    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| V.    § | No. SA-14-CR-123(1)-OLG |
| § | |
| DAVID LEE ANDERSON #31149-380 § | |

### ORDER

Upon motion of the defendant for a reduction in sentence pursuant to 18 U.S.C. § 3582(c)(1)(A), and after considering the applicable factors set forth in 18 U.S.C. § 3553(a) as applicable here and the applicable policy statements issued by the Sentencing Commission to the extent they are consistent with a sentencing reduction, the motion is denied after complete review of the motion on the merits.

After review of Defendant's motion, the Court finds no compelling or extraordinary reasons for a sentence reduction in this case. Additionally, the Court finds Defendant fails to demonstrate that he is not a danger to the safety of any other person or the community and the § 3553(a) factors do not support an early release.

Defendant was convicted of conspiracy to possess with intent to distribute 500 grams or more of methamphetamine. The Court sentenced Defendant to 293 months. Defendant still has more than 13 years to serve.

The nature and circumstances of Defendant's offense and his history and characteristics alone do not justify a reduced sentence. Reducing Defendant's sentence will not adequately reflect the seriousness of his offense, promote respect for the law, provide just punishment for the offense, adequately deter criminal conduct, or protect the public from further crimes. In addition, no

sentence reduction is necessary to provide Defendant with needed medical care. *See* 18 U.S.C. § 3553(a).

IT IS THEREFORE ORDERED that the Motion for Compassionate Release, filed by Defendant David Lee Anderson on June 21, 2021, is DENIED.

IT IS SO ORDERED.

　09/22/2021　
DATE

ORLANDO L. GARCIA
CHIEF UNITED STATES DISTRICT JUDGE